PHILLIP A. TALBERT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. DIEPERSLOOT, AN INDIVIDUAL, DOING BUSINESS AS DUTCH APPLE FARMS DAIRY,<br><br>Defendant. | Case No.  1:96-CV-05304-DAD-MJS<br><br>STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANT'S PETITION TO VACATE THE CONSENT DECREE OF PERMANENT INJUNCTION FROM APRIL 4 UNTIL MAY 2, 2017 |

The parties hereby stipulate that the hearing on Defendant's Petition to Vacate Consent Decree of Permanent Injunction be continued from April 4, 2017 until May 2, 2017.  Good cause exists to postpone the hearing because the Assistant United States Attorney previously handling this matter left the office over a decade ago and current counsel needs an opportunity to review the file so an informed response can be filed.  Additionally, the Petition was served via mail at an old address in Fresno so it was not received by new counsel in Sacramento until last week.  Accordingly, the parties stipulate that the new hearing date shall be May 2, 2017 and that the United States' response shall be due on or before April 18, 2017.

IT IS SO STIPULATED.

///

///

| | |
|---|---|
| Dated:  March 17, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | */s/ Kelli L. Taylor*<br>KELLI L. TAYLOR<br>Assistant United States Attorney |
| | |
| DATED:  March 17, 2017 | DOWLING AARON INC |
| | */s/ Gerald Andrew Slater* (auth. 3.17.17)<br>GERALD ANDREW SLATER<br>Attorney for Robert J. Diepersloot |

## **ORDER**

Good cause appearing, this court approves the parties' stipulation and continues the hearing on Defendant's Petition to Vacate Consent Decree of Permanent Injunction from April 4, 2017, to May 2, 2017, at 9:30 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **March 17, 2017**

UNITED STATES DISTRICT JUDGE