UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. DIEPERSLOOT, AN INDIVIDUAL, DOING BUSINESS AS DUTCH APPLE FARMS DAIRY,<br><br>Defendant. | No. 1:96-cv-05304-DAD-MJS<br><br>ORDER GRANTING DEFENDANT'S MOTION TO VACATE CONSENT DECREE OF PERMANENT INJUNCTION<br><br>(Doc. No. 13) |

On April 19, 2022, defendant Robert J. Diepersloot, an individual formerly doing business as Dutch Apple Farms Dairy, filed a motion with the court seeking an order vacating the consent decree of permanent injunction entered against defendant on March 26, 1996. Pursuant to paragraph seventeen of that consent decree, this court retained jurisdiction over this action and the parties for the purpose of enforcing and/or modifying the decree and for the purpose of granting such additional relief as may be necessary and appropriate. (Doc. No. 6-2 at 13.)

Defendant has alleged in his pending motion that he has satisfied all of his obligations under the consent decree. (Doc. No. 13.) On April 20, 2022, plaintiff filed a statement of non-opposition to defendant's motion to vacate the consent decree of permanent injunction. (Doc. No. 14.)

/////

1 | In light of the foregoing, defendant's motion to vacate the consent decree and permanent
2 | injunction in this case (Doc. No. 13) is hereby granted.
3 | IT IS SO ORDERED.
4 | Dated: __May 2, 2022__      *Dale A. Drozd*
5 |                                   UNITED STATES DISTRICT JUDGE